Rachel Rebecca Stevens (261360)
Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE PADILLA, | Case No.: 3:16-cv-02092-AJB-WVG |
| Plaintiff, | |
| v. | |
| CONVERGENT OUTSOURCING, INC., | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: January 12, 2017       BY: */s/ Amy L. Bennecoff Ginsburg*
                              Amy L. Bennecoff Ginsburg, Esquire
                              Kimmel & Silverman, P.C.
                              30 E. Butler Avenue
                              Ambler, PA 19002
                              Phone: (215) 540-8888
                              Facsimile: (877) 788-2864
                              Email: aginsburg@creditlaw.com
                              Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to or interested in the within entitled action. My business address is 30 E. Butler Avenue, Ambler, Pennsylvania, 19002.

On January 12, 2017, I served the following:

**PLAINTIFF'S NOTICE OF SETTLEMENT**

by electronic mail to the following:

> Brett B. Goodman, Esq.
> Yu Mohandesi, LLP
> 633 West Fifth Street, Suite 2800
> Los Angeles, CA 90071
> Email: bgoodman@yumollp.com

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 12, 2017, at Ambler, Pennsylvania.

> BY: */s/ Amy L. Bennecoff Ginsburg*
> Amy L. Bennecoff Ginsburg, Esquire
> Kimmel & Silverman, P.C.
> 30 E. Butler Avenue
> Ambler, PA 19002
> Phone: (215) 540-8888
> Facsimile: (877) 788-2864
> Email: aginsburg@creditlaw.com
> Attorney for the Plaintiff