# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PADILLA,<br><br>    Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>    Defendant. | Case No.: 3:16-cv-02092-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL**<br><br>**(Doc. 11)** |

Based upon the Joint Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice. Each party will bear its own attorney's fees and costs.

**IT IS HEREBY ORDERED:**

Dated: February 27, 2017

                                        Hon. Anthony J. Battaglia
                                        United States District Judge